IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00302 |
| | ) | Judge Trauger |
| [3] JEMARCUS BILLINGTON | ) | |
| | ) | |

**O R D E R**

The defendant's Motion to Strike The Government's Response For Failure to Serve Copy (Docket No. 194) is **DENIED**. However, it is true that the government's reliance upon the electronic filing system to serve a copy upon the defendant in prison was misplaced.

It is hereby **ORDERED** that the United States Attorney shall send a copy of her Response filed April 30, 2013 (Docket No. 180) to the defendant by certified mail, return receipt requested, at the facility where he is presently housed. It is further **ORDERED** that the defendant may file any reply to the Response by July 26, 2013, after which the court will either reaffirm its prior ruling or revisit it, based upon the defendant's reply.

It is so **ORDERED**.

ENTER this 25th day of June 2013.

ALETA A. TRAUGER
U.S. District Judge