# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:10-00302 |
| | ) | JUDGE ALETA A. TRAUGER |
| LAVERN McQUEEN | ) | |

## AGREED ORDER

It appearing to the Court, as evidenced below by the signature of counsel for Mr. Levern McQueen, Jr. and the signature of counsel for the government, that the Defendant's true name is Levern McQueen, Jr. and that the record in this case should so reflect; it is, therefore, **ORDERED** that the record in this case should reflect the correct spelling of the Defendant's name as Levern McQueen, Jr.

Entered this  25th   day of June, 2013.

_____
JUDGE ALETA A. TRAUGER

Approved for entry:


*s/ Paul J. Bruno*
Paul J. Bruno, B.P.R. #17275
Attorney for Lavern McQueen
218 Third Avenue, North, Suite 200
Nashville, Tennessee 37201
(615) 251-9500


*s/ Blanche Cook*
Blanche Cook
Assistant United States Attorney
110 Ninth Avenue, South, Suite A961
Nashville, TN 37203
(615) 736-5151